**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.<br><br>        Plaintiff,<br><br>      -against-<br><br>Microchip Technology Incorporated,<br><br>        Defendant. | Case No. _____<br><br>Underlying Litigation:<br><br>*Polaris PowerLED Technologies, LLC v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Display Co., Ltd.*, No.  2:22-cv-00469-JRG (E.D. Tex.) |

**NOTICE OF MOTION TO COMPEL NON-PARTY MICROCHIP TECHNOLOGY INCORPORATED**

Please take notice that pursuant to Federal Rule of Civil Procedure 45, Plaintiffs Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Plaintiffs") move the Court to compel non-party Microchip Technology Incorporated to comply with Plaintiffs' Subpoena to Produce Documents and with Plaintiffs' Subpoena to Testify at a Deposition.

-2-

Dated:  New York, NY                                    O'MELVENY & MYERS LLP
            June 12, 2024


                                                        By:   */s/ Marc J. Pensabene*
                                                              Marc J. Pensabene
                                                              mpensabene@omm.com

                                                              1301 Avenue of the Americas
                                                              Suite 1700
                                                              New York, New York 10019-6022
                                                              Ph: +1 212 326 2000
                                                              Fx: +1 212 326 2061

                                                              Ryan K. Yagura
                                                              ryagura@omm.com
                                                              Nicholas Whilt
                                                              nwhilt@omm.com
                                                              Laura Burson
                                                              lburson@omm.com

                                                              400 South Hope Street
                                                              18th Floor
                                                              Los Angeles, California  90071-2899
                                                              Ph: +1 213 430 6000
                                                              Fx: +1 213 430 6407

                                                              Attorneys for Plaintiffs
                                                              Samsung Electronics Co., Ltd. and Samsung
                                                              Electronics America, Inc.