```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,

                Plaintiffs,

-against-

Microchip Technology Inc.,

                Defendant.

1:24-mc-00269 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Defendant Microchip Technology Inc. ("Microchip") shall respond to Plaintiffs' motion to compel Microchip to comply with a third-party subpoena served by Plaintiffs in an action filed in the Eastern District of Texas (Pls.' Mot. to Compel, ECF No. 1) no later than Friday, June 28, 2024. Plaintiffs shall file any reply no later than Tuesday, July 2, 2024.

    It is further Ordered that Plaintiffs promptly shall serve copies of its motion papers, along with a copy of this Order, on Microchip and file proof of service on the ECF docket no later than June 21, 2024.

**SO ORDERED.**

Dated:    New York, New York
            June 14, 2024

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge