USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMSUNG ELECTRONICS CO., LTD., *et al.*,

                              Petitioners,

-against-

MICROCHIP TECHNOLOGY INC.,

                              Respondent.
-----------------------------------------------------------------X

1:24-mc-269-GHW-SDA

ORDER

GREGORY H. WOODS, United States District Judge:

      On July 22, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 5, 2024.  Dkt. No. 30.  Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's July 22, 2024 order forthwith, and in no event later than August 19, 2024.

      SO ORDERED.

Dated: August 7, 2024
New York, New York

                                                    GREGORY H. WOODS
                                             United States District Judge