```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMSUNG ELECTRONICS CO., LTD., *et al.*,  :
                                          :
                        Petitioners,      :
                                          :         1:24-mc-269-GHW-SDA
            -against-                     :
                                          :         ORDER
MICROCHIP TECHNOLOGY INC.,                :
                                          :
                        Respondent.       :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On August 7, 2024 the Court directed the parties to submit either an executed consent form or a joint letter pursuant to the Court's July 22, 2024 order. Dkt. No. 30. That order was in error. The Court recognizes that the parties filed a joint letter on August 3, 2024, Dkt. No. 38, that complied with the Court's July 22, 2024 order.

SO ORDERED.

Dated: August 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge