USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,

      Plaintiffs,

-against-

Microchip Technology Inc.,

      Defendant.

1:24-cv-00269 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  The parties shall appear for oral argument on the pending Motion to Compel (ECF No. 1) on Wednesday, August 21, 2024, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:  New York, New York
     August 9, 2024

_____
STEWART D. AARON
United States Magistrate Judge