```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,

       Plaintiffs,

-against-

Microchip Technology Inc.,

       Defendant.

1:24-cv-00269 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  The Sixth Amended Docket Control Order issued in the Underlying Litigation, *Polaris PowerLED Technologies, LLC v. Samsung Electronics Co., Ltd., et al.*, No. 2:22-CV-00469-JRG (E.D. Tex.), provides a deadline of June 18, 2024 to complete fact discovery and file motions to compel discovery with respect to all other discovery. (E.D. Tex. No. 2:22-CV-00469 ECF No. 155 at 4.) No later than Friday, August 16, 2024, Samsung shall file a letter to the ECF docket in this case stating whether Samsung has leave from Judge Gilstrap to pursue discovery in this proceeding. In addition, Samsung immediately shall provide notice to Plaintiff's counsel in the Underlying Action of the pendency of this proceeding, as well as notice of the oral argument scheduled in this proceeding for August 21, 2024, at 2:00 p.m., unless Samsung already has provided such notice. In Samsung's letter referenced above, Samsung shall confirm that such notice has been given.

**SO ORDERED.**

Dated:  New York, New York
     August 15, 2024

                      _____
                      STEWART D. AARON
                      United States Magistrate Judge