```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,

                        Plaintiffs,

-against-

Microchip Technology Inc.,

                        Defendant.

1:24-mc-00269 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than September 4, 2024, the parties shall make additional submissions regarding why the documents subject to the pending motions to seal (*see* ECF Nos. 3, 31, 49, 52, 55) should be kept under seal. Counsel for Plaintiffs shall forward a copy of this Order to Polaris PowerLED Technologies, LLC ("Polaris") and Polaris hereby is granted leave to make a submission in support of sealing should it choose to do so.

**SO ORDERED.**

Dated:    New York, New York
            August 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge