```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

SAMSUNG ELECTRONICS CO., LTD., *et al.*,  :

                                                    Plaintiffs,  :      1:24-mc-269-GHW

                          -v-                                :        <u>ORDER</u>

MICROCHIP TECHNOLOGY INC.,            :

                                                Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiffs commenced this action on June 12, 2024. Dkt. No. 1. This case was referred to Magistrate Judge Stewart D. Aaron on June 14, 2024. Dkt. No. 9. As all outstanding issues in this case have been resolved, the Clerk of Court is directed to close this case.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                                     GREGORY H. WOODS
                                                            United States District Judge